UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. CHARLOTTE CHEATHAM,<br><br>        Plaintiff,<br><br>        v.<br><br>US ATTORNEY'S OFFICE, et al.,<br><br>        Defendants. | Case No. 22-cv-06069-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 7 |

The defendants filed a motion to dismiss on October 21, 2022. The plaintiff's opposition was due on November 4, 2022. The plaintiff has not filed an opposition. The plaintiff is ordered to show cause as to why her claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A response is due by November 28, 2022. If the plaintiff does not file a response, the case will be dismissed without prejudice.

The defendants are ordered to email a copy of this order to the plaintiff's known emails and to file a certificate of service on the docket.

      **IT IS SO ORDERED.**

Dated: November 17, 2022

VINCE CHHABRIA
United States District Judge