UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. CHARLOTTE CHEATHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>US ATTORNEY'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-06069-VC<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 17 |

In light of the plaintiff's failure to respond to the order to show cause and the defendants' motion to dismiss, the case is dismissed without prejudice under Rule 41(b) for failure to prosecute. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: December 2, 2022

_____
VINCE CHHABRIA
United States District Judge