UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. CHARLOTTE CHEATHAM,<br>　　　　Plaintiff,<br>　　v.<br>US ATTORNEY'S OFFICE, et al.,<br>　　　　Defendant. | 22-cv-06069-VC<br><br>**JUDGMENT** |

　　The Court, having dismissed this case without prejudice, now enters judgment. The Clerk of Court is directed to close the case.

　　**IT IS SO ORDERED.**

Dated:  December 2, 2022

_____
VINCE CHHABRIA
United States District Judge